# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br>LAW STUDENT PRACTICE<br>LOCAL CIVIL RULE 83B<br><br>Caren Teague<br>Grace Ortiz Rivera | Misc. No. 25-315 (RAM) |

**PETITION FOR AUTHORIZATION**
**(Re: Law Student Practice)**

TO THE HONORABLE COURT:

COMES NOW, Rachel Brill, the Federal Public Defender for the District of Puerto Rico, and respectfully STATES and REQUESTS:

1. Law Students Caren Teague and Grace Ortiz Rivera are students in good standing at the Case Western Reserve University School of Law (Caren Teague) and Pontifical Catholic University School of Law (Grace Ortiz Rivera). They have completed at least four semesters of law school and at least two thirds of the requirements for obtaining a Juris Doctor degree. They have also completed their civil and criminal procedure courses as well as the evidence course.

2. These law students have expressed an interest, through the legal clinic program at their school or as a learning experience, to work during the Fall of 2025 as student interns at the Federal Public Defender's Office ("FPDO").

Case 3:25-mc-00315-RAM    Document 1    Filed 08/12/25    Page 2 of 4

**Petition for Authorization, Re: Law Student Practice**
Misc. No. 25-315 (RAM)
Page  2

3. They have also received authorization from the Dean of their Law School or from the appropriate academic authorities to practice before this Court as Rule 83B of the Local Rules of the District of Puerto Rico requires. (Attachments A-1 and A-2)

4. In addition, the students have completed a certification that they have read and become familiarized with the ABA's Model Rules of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure and the Local Rules of this Court. The certification was completed to comply with the requirements of Local Rule 83B(c). (Attachments B-1 and B-2)

5. The students have made a commitment to comply with all applicable professional conduct canons such as the ABA's Model Rules of Professional Responsibility, the Puerto Rico Canons of Professional Ethics and the code of Ethics for Federal Defenders.

6. The FPDO will assign an Assistant Federal Public Defender to act as "supervising attorney" for the students. The supervising attorney will have the main responsibility of counseling, supervising, and assisting the law student in any and all student practice proceedings. The designated supervising attorney has been admitted to the practice of law in this district in excess of three years as required by Local Rule 83B(d).

7. The students will not ask to receive compensation or remuneration for any of the services provided to the indigent criminal defendants that form the clientele of the FPDO or from any United States entity or agency. (Attachments C-1 and C-2)

8. Each defendant will be informed and counseled on the purpose and scope of law student practice under Local Rule 83B and no student will be permitted to participate in the representation until the particular client has given his or her consent for the student to so participate in the defense. Moreover, no student will be permitted to appear before any

**Petition for Authorization, Re: Law Student Practice**
Misc. No. 25-315 (RAM)
Page  3

judicial officer of this Court without being accompanied by their supervising attorney or another Assistant Federal Defender.

**WHEREFORE**, it is respectfully requested that notice be taken of the information submitted and that authorization be given to law students Caren Teague and Grace Ortiz Rivera to practice before this Honorable Court pursuant to the "student practice" requirements of Local Rule 83B, as to which the undersigned certifies compliance by the students and the FPDO.

**I CERTIFY** that on this date a true copy of this motion has been delivered to the United States Attorney for the District of Puerto Rico (Attn: U.S. Attorney W. Stephen Muldrow); to the United States Probation Office (Attn: Luis O. Encarnacion-Canales, Chief); and to the University Case Western Reserve University School of Law and Pontifical Catholic School of Law, Puerto Rico (Dean's Office).

Case 3:25-mc-00315-RAM   Document 1   Filed 08/12/25   Page 4 of 4

**Petition for Authorization, Re: Law Student Practice**
**Misc. No. 25-315 (RAM)**
**Page 4**

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12 day of August 2025.

s/*Rachel Brill*
RACHEL BRILL
Federal Public Defender
District of Puerto Rico
USDC-PR 204803
241 F.D. Roosevelt Ave.
San Juan, PR 00918-2441
(787) 281-4922
Fax (787) 281-4899
Email: Rachel_Brill@fd.org